IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DONALD CALHOUN<br><br>      Plaintiff/Counter-Defendant,<br><br>v.<br><br>JACK DOHENY COMPANIES, INC.<br><br>      Defendant/Counter-Plaintiff. | CA No.: 4:19-CV-03171<br><br>JURY DEMANDED |

# **PLAINTIFF/COUNTER-DEFENDANT'S DESIGNATION OF EXPERT WITNESSES**

TO:   Defendant/Counter-Plaintiff Jack Doheny Companies, Inc. by and through their Attorney of Record Mr. R.J Cronkite of Dinsmore Shohl, LLP, 900 Wilshire, Suite 300, Troy, MI 48084.

Plaintiff/Counter-Defendant, pursuant to the Federal Rules of Civil Procedure, hereby designates the following as Plaintiff/Counter-Defendant's Expert Witnesses in this cause:

1.   Gregg M. Rosenberg
     ROSENBERG | SPROVACH
     3518 Travis, Suite 200
     Houston, Texas 77002
     (713) 960-8300
     (713) 621-6670 (Facsimile)

     Gregg M. Rosenberg is an attorney who is board certified in employment and labor law. Mr. Rosenberg will testify as to Plaintiff/Counter-Defendant's attorney's fees.

2.   Ellen Sprovach
     ROSENBERG | SPROVACH
     3518 Travis, Suite 200
     Houston, Texas 77002
     (713) 960-8300
     (713) 621-6670 (Facsimile)

     Ellen Sprovach is an attorney who is board certified in employment and labor law. Ms. Sprovach will testify as to Plaintiff/Counter-Defendant's attorney's fees.

Respectfully submitted,

*/s/ Gregg M. Rosenberg*
Gregg M. Rosenberg
USDC SD/TX No. 7325
Texas State Bar ID 17268750
Gregg@rosenberglaw.com
Renee Nguyen
USDC SD/TX No. 3146392
Texas State Bar ID 24096093
ROSENBERG & SPROVACH
3518 Travis Street, Suite 200
Houston, Texas 77002
(713) 960-8300
(713) 621-6670 (Facsimile)
Attorney-in-Charge for Plaintiff

OF COUNSEL:
ROSENBERG & SPROVACH

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

On March 13, 2020, I electronically submitted the foregoing document with the Clerk of the Court of the United States District Court for the Southern District of Texas using the electronic case filing system of the Court. I hereby certify that I have served all parties of record electronically using the CM/ECF filing system.

*/s/ Gregg M. Rosenberg*
Gregg M. Rosenberg