# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **DONALD CALHOUN,** | § | |
| | § | |
| *Plaintiff/Counter-Defendant,* | § | |
| | § | **HON. GEORGE C. HANKS, JR.** |
| v. | § | **CIVIL ACTION NO. 4:19-cv-03171** |
| | § | |
| **JACK DOHENY COMPANIES, INC.** | § | **JURY DEMANDED** |
| | § | |
| *Defendant/Counter-Plaintiff.* | § | |

## OFFER OF JUDGMENT

Defendant/Counter-Plaintiff Jack Doheny Companies, Inc., through counsel, pursuant to Fed. R. Civ. P. 68, in complete resolution of this case, offers to have judgment entered in the above-captioned matter in favor of Plaintiff/Counter-Defendant, and against Defendant/Counter-Plaintiff, to the following effect:

1.     Declaring that Paragraph 1 of the Employee Confidentiality and Non-Competition Agreement is unenforceable;

2.     Enjoining Jack Doheny Companies, Inc. from enforcing Paragraph 1 of the Employee Confidentiality and Non-Competition Agreement; and

3.     Dismissing the above-captioned lawsuit in its entirety, with prejudice, and without fees or costs.

Plaintiff/Counter-Defendant may accept this Offer of Judgment by signing below or by having Plaintiff/Counter-Defendant's counsel sign on his behalf.

Respectfully submitted,

/s/ R.J. Cronkhite
R.J. Cronkhite (P78374)
Dinsmore & Shohl LLP

900 Wilshire Dr., Suite 300
(734) 558-5809
rj.cronkhite@dinsmore.com
*Attorneys for Defendant/Counter-Plaintiff*

Dated: June 9, 2020

**ACCEPTED:**

Gregg Rosenberg, Esq.
*Plaintiff/Counter-Defendant's Attorney*

Donald Calhoun